IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEANGELA LYNNE DIXON,

    Defendant.                                       Case No. 08-cr-30159-DRH

## ORDER

**HERNDON, Chief Judge:**

      Defendant Dixon has filed a motion for early termination of supervised release (Doc. 34). As part of her sentence, after her release from federal prison, defendant was ordered to be placed on supervised release for three years. Defendant began her period of supervised release on January 28, 2010. Since that time, defendant's motion states that she has satisfied all of her financial obligations pertaining to her sentence and has completed counseling at the direction of the Unites States Probation Office. Defendant states that she is a full-time student and that her probation officer and the government have no objection to early termination of her supervised release. Having found that defendant has completed one year of supervised release and after considering the factors set forth in Title 18 U.S.C. § 3553(a), pursuant to the provisions of the Federal Rules of Criminal Procedure

relating to the modification of probation, the Court is satisfied that termination of supervised release is warranted by the conduct of defendant and the interest of justice. See 18 U.S.C. §§ 3353, 3583. Accordingly, the Court GRANTS defendant's motion (Doc. 34) and TERMINATES the remaining term of defendant's supervised release.

**IT IS SO ORDERED.**

Signed this 4th day of May, 2011.

Digitally signed by David R. Herndon
Date: 2011.05.04 15:21:21 -05'00'

**Chief Judge
United States District Court**